

FILED

JAN 0 5 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW MARK SOUTHEY,<br><br>　　　　　　Defendant. | Case No. 26 CR 0 0 0 5 GKF<br><br>**INDICTMENT**<br>[COUNT ONE: 18 U.S.C.<br>§§ 2251(a) and 2251(e) – Sexual Exploitation of a Child;<br>COUNT TWO: 18 U.S.C.<br>§§ 2252(a)(2) and 2252(b)(1) – Receipt of Child Pornography;<br>Forfeiture Allegation: 18 U.S.C.<br>§ 2253(a)– Child Exploitation Forfeiture] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. §§ 2251(a) and 2251(e)]

From on or about December 1, 2024, to on or about July 10, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **ANDREW MARK SOUTHEY**, employed, used, persuaded, induced, enticed, and coerced MV, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depiction was produced and transmitted with materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was mailed, transported and transmitted using a means and facility of interstate and foreign commerce and in or affecting interstate commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO
### [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

From on or about December 1, 2024, to on or about July 10, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **ANDREW MARK SOUTHEY**, knowingly received any visual depiction using any means and facility of interstate and foreign commerce that has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of the conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATION
[18 U.S.C. §§ 2253(a)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **ANDREW MARK SOUTHEY**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**ELECTRONICS**

1. A Dell G16-7630 laptop computer, serial number B1GP754; and

2. A Moto G cellular phone, IMEI 351894943429366.

All pursuant to Title 18, United States Code, Section 2253(a).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
VALERIA LUSTER
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson