

AO 442 (Rev. 10/13) Arrest Warrant

**FILED**
JAN 0 8 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

USMS-N/OK RCVD:
DEC 9 2025 AM 9:15

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25MJ-1040-JFJ |
| Andrew Mark Southey | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andrew Mark Southey
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2251(a) & 2251(e) - Sexual Exploitation of a Child
18 U.S.C. §§ 2252(a)(2) & (b)(1) - Receipt and Attempted Receipt of Child Pornography
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) - Possession of and Access with Intent to View Child Pornography
18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor

Date: 12/8/25, 12:30pm

*Issuing officer's signature*

City and state:  Tulsa, Oklahoma

Jodi F. Jayne, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/9/2025, and the person was arrested on *(date)* 12/9/2025
At *(city and state)* Newark, New Jersey
Date:  1/7/26

Cesar D. Nuñio
*Arresting officer's signature*

*Printed name and title*

VGL/sk